UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 25-cr-118-pp

    v.

ANDREA ROA,

        Defendant.

**ORDER ADOPTING JUDGE JOSEPH'S RECOMMENDATION (DKT. NO. 169), DENYING DEFENDANT'S MOTION TO DISMISS CASE WITH PREJUDICE (DKT. NO. 135) AND DISMISSING CASE WITHOUT PREJUDICE**

On June 17, 2025, a grand jury returned a twenty-two-count indictment; Count One charged the defendant and others with conspiring to distribute a detectable amount of cocaine. Dkt. No. 82.

The defendant is a Mexican citizen who lived in the United States without immigration status for twenty-three years. Dkt. No. 135 at 2. She was arrested on May 29, 2025; on June 30, 2025, after a contested detention hearing, Magistrate Judge Nancy Joseph ordered her released pre-trial. Dkt. No. 96. Instead of releasing the defendant on her own recognizance, the U.S. Marshals Service transferred custody of the defendant to U.S. Immigration and Customs Enforcement (ICE). Dkt. No. 135 at 3. Sometime in October 2025, the defendant was removed from the United States. Id.

Defense counsel moved to dismiss the case with prejudice, arguing that by deporting the defendant, the government had violated her constitutional

1

rights, the Speedy Trial Act, the Bail Reform Act and Rule 43 of the Federal Rules of Criminal Procedure. Dkt. No. 135. The government opposed the motion to the extent that the defendant sought a dismissal *with* prejudice, but acknowledged that the court should dismiss the case (*without* prejudice). Dkt. No. 167 at 19.

On May 29, 2026, Magistrate Judge Joseph issued a report recommending that this Article III court deny the defendant's motion to dismiss with prejudice and accept the government's agreement to dismiss the case without prejudice. Dkt. No. 169. The defendant did not object. Because no party has objected and because Judge Joseph's ruling is neither erroneous nor contrary to law, the court will adopt her recommendation, deny the defendant's motion to dismiss (to the extent that it seeks dismissal with prejudice) and dismiss the case without prejudice.

## I.      Report and Recommendation (Dkt. No. 169)

District judges may designate magistrate judges to hear and determine motions to dismiss in a criminal case. 28 U.S.C. §636(b)(1)(B). The magistrate judge must submit a report and recommendation for disposition. 28 U.S.C. §636(b)(1)(B). Parties have fourteen days to object to the magistrate judge's report and recommendation; if a party objects, the district judge must make a *de novo* determination of the portions of the report and recommendation to which the party objects. 28 U.S.C. §636(b)(1)(C). Even without an objection, a district judge may reconsider the magistrate judge's ruling "where it has been

2

shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. §636(b)(1)(A).

Judge Joseph recognized the defendant's arguments to be the same as those raised by her co-defendant, Carmelo Hernandez-Rodriguez. Dkt. No. 169 at 3. Judge Joseph recounted that, in Hernandez-Rodriguez's case, Judge Joseph had found that (a) dismissal without prejudice was a sufficient remedy given the procedural posture of the case; (b) there was "no conflict between the Bail Reform Act and the Immigration and Nationality Act so long as the government is not using immigration detention to evade a defendant's statutory rights[;]" (c) there was no Speedy Trial Act violation (and even if there had been, the remedy would have been a dismissal without prejudice); and (d) there was no violation of Federal Rule of Criminal Procedure 43. Id. (reviewing Dkt. No. 122).[1] Judge Joseph found that this defendant's circumstances were "no different" than Hernandez-Rodriguez's and that her arguments were "identical" to his. Dkt. No. 169 at 4. She saw "no reason to depart from [her] previous Report and Recommendation." Id.

This Article III court agrees that the defendant's arguments are identical to those advanced (and rejected) in her co-defendant's case. See Dkt. Nos. 158 (report and recommendation), 166 (order adopting report and recommendation). It agrees that this defendant's circumstances do not differ from her co-defendant's in any meaningful way. As described more fully in this

---

[1] Without objection, this court adopted Judge Joseph's recommendation for defendant Hernandez-Rodriguez. Dkt. No. 166.

court's adoption of Judge Joseph's recommendation in Hernandez-Rodriguez's case (Dkt. No. 166), the court finds Judge Joseph's analysis compelling and will adopt Judge Joseph's recommendation as the order of the court. The court will dismiss the case, without prejudice.

## II.      Conclusion

The court **ADOPTS** Judge Joseph's report and recommendation. Dkt. No. 169.

The court **DENIES** the defendant's motion to dismiss his case with prejudice. Dkt. No. 135.

For the reasons stated in Judge Joseph's report and recommendation, the court **ORDERS** this case is **DISMISSED WITHOUT PREJUDICE** on agreement from the government.

Dated in Milwaukee, Wisconsin this 8th day of July, 2026.

BY THE COURT:

HON. PAMELA PEPPER
Chief United States District Judge

4